McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CIV-S-05-00025 WBS PAN |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $60,000.00 IN U.S. CURRENCY, PLUS ANY AND ALL ACCRUED INTEREST, and | |
| $1,370 IN U.S. CURRENCY, PLUS ANY AND ALL ACCRUED INTEREST, | |
| Defendants. | |
| MICHAEL CHARLSON, | |
| Claimant. | |

  Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

  1.  This is a civil forfeiture action against approximately $60,000.00 in U.S. Currency and $1,370.00 in U.S. Currency seized on or about July 8, 2004 (hereinafter the "defendant currency") on land in the Eastern District of California.

2.  That a Complaint for Forfeiture In Rem was filed on or about January 3, 2005, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3.  That on or about January 3, 2005, a Magistrate Judge issued a warrant of arrest in rem for the defendant currency, and that warrant was duly executed.

4.  That on or about March 2, 9, and 16, 2005, a Public Notice of Arrest of defendant currency appeared by publication in the Daily Republic, a newspaper of general circulation in the county in which the defendant currency was seized.  The Proof of Publication was filed with the Court on April 5, 2005.

5.  That in addition to the Public Notice of Arrest having been completed, actual notice was served upon claimant Michael Charlson and Nathan Clemons.  On or about February 1, 2005, claimant Charlson filed a claim, contesting the forfeiture.  On or about February 9, 2005, claimant Charlson filed an answer.

6.  Apart from claimant Charlson, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1.  That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against Claimant Michael

2

Charlson and all other Potential Claimants who have not filed claims in this action.

3. That all right, title, and interest in $10,000.00 of the approximately $61,370.00 in U.S. Currency, together with any interest that may have accrued on that amount, is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

4. That $51,370.00 of the approximately $61,370.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimant Michael Charlson. Said payment shall be made no later than 30 days after entry of this Final Judgment of Forfeiture. The U.S. Immigration and Customs Enforcement (ICE) shall issue a check in the amount of $51,370.00, plus any accrued interest on that amount, made payable to Tim Pori, 521 Georgia Street, Vallejo, CA  94590.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture *In Rem* filed January 3, 2005, the Court finds that there was reasonable cause for the seizure

3

of defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

    7.  That all parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 27th day of May, 2005.

    _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture *In Rem* filed January 3, 2005,, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of defendant currency.

    _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4